## Yemc v. Yemc, Appellant.

Argued November 16, 1966. *Robert M. Carson,* for appellant; *Edward B. Doran,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, J., dissented.

December 16, 1966

## Commonwealth ex rel. Seibel v. Seibel, Appellant.

Argued November 16, 1966. *Mord C. Taylor, Jr.,* for appellant; no argument was made nor brief submitted for appellee.

Order affirmed.